**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**HECTOR FAVA and BARBARA FAVA,**

**Plaintiffs,**

**v.** **1:17-cv-00456-WJ-LF**

**LIBERTY MUTUAL INSURANCE COMPANY,**

**Defendant.**

**NONPARTY RIMKUS CONSULTING GROUP, INC.'S NOTICE OF COMPLETION**

Nonparty Rimkus Consulting Group, Inc. herein certifies pursuant to U.S. District Court-District of New Mexico Local Rule 7.4(e) that its Motion to Obtain Expert Witness Fees is ready for decision. The Motion and all related filings are as follows:

| DOCKET NUMBER | DATE OF FILING | PLEADING |
|---|---|---|
| Doc. 33 | 10/2/17 | Nonparty Rimkus Consulting Group, Inc.'s Motion to Obtain Expert Witness Fees |
| Doc. 39 | 11/15/17 | Nonparty Rimkus Consulting Group, Inc.'s Supplement to Motion to Obtain Expert Witness Fees |
| Doc. 42 | 12/7/17 | Plaintiffs' Response to Nonparty Rimkus Consulting Group, Inc.'s Motion and Supplement to Motion to Obtain Expert Witness Fees |
| Doc. 45 | 12/21/17 | Nonparty Rimkus Consulting Group, Inc.'s Reply to Plaintiffs' Response to Motion and Supplement to Motion to Obtain Expert Witness Fees |

Respectfully Submitted,

McALISTER LAW FIRM P.C.

James D. McAlister
*Attorney for Rimkus Consulting Group, Inc.*
P.O. Box 91235
Albuquerque, New Mexico 87199
505-880-0724
E-Mail: jamie@mcalisterlaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of January 2018, I filed the foregoing electronically through the U.S. District Court's CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

James McAlister